UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 16634
   DEBORAH A ZACK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-6435
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/27/08 .

2. The case was dismissed without confirmation, 10/17/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| LAMPHERES FURNITURE | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| KIDCARE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| NEW HAMPSHIRE HEAF | UNSECURED | NOT FILED | .00 | .00 |
| NEW HAMPSHIRE HEAF | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   3500.00 and was paid $    970.00  direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                    /S/
                                  GLENN STEARNS
                                CHAPTER 13 TRUSTEE